Submitted on record and briefs September 2, reversed October 12, 2005

In the Matter of Richard Ginter,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD GINTER,
*Appellant.*

0504-64284; A128440

120 P3d 1259

Daniel J. Casey filed the brief for appellant.

Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals a judgment adjudicating him to be a mentally ill person and committing him to the Department of Human Services for a period not to exceed 180 days. Appellant argues that the record does not establish by clear and convincing evidence that he meets the statutory definition of a "mentally ill person" under ORS 426.005(1). The state concedes that point and submits that the judgment should be reversed. Upon *de novo* review of the record, we accept the state's concession and reverse.

Reversed.